**Leo Edward BRISBANE,
Plaintiff-Appellant,**

v.

**FOOD LION, LLC, Defendant-Appellee.**

No. 17-6687

United States Court of Appeals,
Fourth Circuit.

Submitted: August 24, 2017

Decided: August 29, 2017

Leo Edward Brisbane, Appellant Pro Se.

Before GREGORY, Chief Judge, and SHEDD and DIAZ, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Leo Edward Brisbane appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Brisbane v. Food Lion, LLC,* No. 1:17-cv-00989-JFM (D. Md. May 5, 2017). We also deny Brisbane's motion for costs. We dispense with oral argument because the facts and legal contentions are adequately presented in

the materials before this court and argument would not aid the decisional process.

*AFFIRMED*